# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDDIE CLYDE,<br><br>          Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES AND ANTONIO COATES,<br><br>          Defendants. | CIVIL ACTION<br>FILE NO. 1:19-CV-00651-ELR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Freddie Clyde and Defendants Werner Enterprises and Antonio Coates, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 12th day of November, 2019.

**FRIED ROGERS GOLDBERG LLC**

/s/ *Eric J.D. Rogers*
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

3550 Lenox Road, NE
Suite 1500
Atlanta, GA 30326          *Attorney for Plaintiff*
(404) 591-1800

                         **HALL BOOTH SMITH, P.C.**

                         /s/ *Sean B. Cox*
                         **SEAN B. COX**
                         Georgia Bar No. 974237
                         *Attorneys for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303
(404) 954-5000

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This pleading has been prepared in Times New Roman font, 14 point.

                                        By: */s/ Eric J.D. Rogers*
                                                ERIC J.D. ROGERS

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for Plaintiff with a copy of the within and foregoing STIPULATION OF DISMISSAL by filing same electronically with the Court through the CM/ECF system, which will automatically send email notification of this filing to the following counsel of record:

Scott H. Moulton
Sean B. Cox
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303

This 12th day of November, 2019.

**FRIED ROGERS GOLDBERG LLC**

/s/ *Eric J.D. Rogers*
**ERIC J.D. ROGERS**
Georgia Bar No. 100081